AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Pseudo Force Studio LLC <br><br> *Plaintiff(s)* <br> v. <br> Salty Savage LLC <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-61434-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Salty Savage LLC
Serve: Registered Agent
Kassy Rheann Mecca
701 SW 7th Street
Dania Beach, FL 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rachel I. Kaminetzky
41 Madison Avenue
25th Floor
New York, NY 10010
646.517.3609
rachel.kaminetzky@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 16, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts