UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61434-CIV-MARTINEZ/Valle

PSEUDO FORCE STUDIO LLC,

    Plaintiff,

v.

SALTY SAVAGE LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation, issued on December 17, 2025 [ECF No. 14]. The time for filing objections to the Magistrate Judge's Report and Recommendation has passed, and no objections have been filed. Upon independent review of the record, it is

**ORDERED and ADJUDGED** that Magistrate Judge Valle's December 17, 2025 Report and Recommendation [ECF No. 14] is **AFFIRMED** and **ADOPTED** in total as follows:

1. Plaintiff's Motion for Entry of Final Judgment by Default Against Defendant Salty Savage LLC [ECF No. 12] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of January, 2026.

                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Valle
All Counsel of Record